**COMMONWEALTH of Pennsylvania,
Petitioner,**

v.

**Adam EIDINGER, Respondent.**

Supreme Court of Pennsylvania.

March 2, 2005.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of March, 2005, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **AFFIRMED,** inasmuch as it affirms respondent's judgment of sentence. In all other aspects, the Order of the Superior Court is **REVERSED.** *See Reilly by Reilly v. SEPTA,* 507 Pa. 204, 489 A.2d 1291 (1985). Jurisdiction relinquished.

**GLENBROOK LEASING COMPANY,
Petitioner,**

v.

**Michael F. BEAUSANG, Jr., Esquire
and Butera, Beausang, Cohen &
Brennan, Respondents.**

Supreme Court of Pennsylvania.

March 11, 2005.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of March, 2005, the Petition for Allowance of Appeal is **GRANTED,** but **LIMITED** to the following issue:

1. Whether the continuous representation rule should be adopted in Pennsylvania to toll the applicable statute of limitations in an action for legal malpractice?